**QUILL & ARROW, LLP**
Kevin Y. Jacobson (320532)
Gregory Sogoyan (316832)
Luis A. Serrano (349024)
10880 Wilshire Blvd, Suite 1600
Los Angeles, CA 90024
Telephone: (310) 933-4271
Facsimile: (310) 889-0645

Attorneys for Plaintiff,
**DANNY WU**

**THETA LAW FIRM, LLP**
SOHEYL TAHSILDOOST (271294)
MEHGAN GALLAGHER (338699)
12100 Wilshire Blvd., Suite 1070
Los Angeles, CA 90025
Telephone:  (424) 297-3103
Facsimile:   (424) 286-2244

Attorneys for Defendant
**MERCEDES-BENZ USA, LLC**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNY WU, an individual,<br><br>        Plaintiff,<br><br>vs.<br><br>MERCEDES-BENZ USA, LLC, a Delaware Limited Liability Company, and DOES 1 through 10 inclusive,<br><br>        Defendants. | Case No: 2:25-cv-01682-SB-PVC<br><br>*District Judge Stanley Blumenfeld, Jr*<br>*Magistrate Judge Pedro V. Castillo*<br><br>**JOINT NOTICE OF SETTLEMENT** |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEY OF RECORD:**

    PLEASE TAKE NOTICE that Plaintiff, Danny Wu, and Defendant, Mercedes-Benz USA, LLC (the "Parties"), jointly, write to advise this Court that they have settled this matter. The Parties request that the Court vacate any upcoming hearings and deadlines while performance of the settlement terms is pending.

    Once all terms of the settlement are completed, the Parties shall file an executed Stipulation of Dismissal of the entire action with prejudice. The Parties expect to file the dismissal papers within 90 days.

Dated: March 27, 2025,        QUILL & ARROW LLP

By  __/s/Luis A. Serrano_____
Kevin Y. Jacobson, Esq.
Gregory Sogoyan, Esq.
Luis A. Serrano, Esq.
Attorneys for Plaintiff,
DANNY WU

Dated: March 27, 2025,        THETA LAW FIRM, LLP

By:  __/s/Mehgan Gallagher_____
Soheyl Tahsildoost, Esq.
Mehgan Gallagher, Esq.
Attorneys for Defendant,
MERCEDES-BENZ USA, LLC

**SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I hereby certify that the content of this document is acceptable to Mehgan Gallagher, Esq. counsel for Defendant, Mercedes-Benz USA, LLC, and that I have obtained authorization to affix her electronic signature to this document.

**QUILL & ARROW, LLP**

/s/ Luis A. Serrano
Kevin Y. Jacobson, Esq.
Gregory Sogoyan, Esq.
Luis A. Serrano, Esq.
Attorney for Plaintiff,
**DANNY WU**